UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Angel Oak Home Loans, LLC

In Re:
    Migdalia Santiago,

Debtor.

Case No.: 19-25174 ABA
Adv. No.:

Judge: Andrew B. Altenburg, Jr.

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Allowing Late Proof of Claim, the following conditions have been met:

a) The terms of the consent order are identical to those set forth in the original consent order;

b) The signatures represented by the /s/_____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding;

d) I will make the original consent order available for inspection on request of the Court of any party in interest; and

Final Paragraph Options:

☐ e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and in and the Court will scan);

☒ e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's email box, as a registered Participant of the Court's Case Management/Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011 (sign certification with a /s/_____).

Date: 3/31/2020

        */s/Denise Carlon*
        Signature of Attorney

*rev.8/1/15*