| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Angel Oak Home Loans, LLC | Order Filed on March 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   19-25174 ABA<br><br>Chapter: 13 |
| In Re:<br><br>Migdalia Santiago,<br><br>      DEBTOR. | Judge: Andrew B. Altenburg, Jr. |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 31, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:      Migdalia Santiago
Case No.:    19-25174 ABA
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Angel Oak Home Loans, LLC, holder of a mortgage on real property known as 17 Amesbury Place, Sicklerville, NJ, 08081, with the consent of Stephanie Shreter, Esq., counsel for the Debtor, Migdalia Santiago,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim;

It is further **ORDERED, ADJUDGED** and **DECREED** that the proof of claim will be paid outside of the plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor may apply post-petition payments to the arrears listed in the proof of claim and said application will not be deemed a violation of the automatic stay.

I hereby agree and consent to the above terms and conditions:     Dated: 3/31/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:     Dated: 3/30/2020

*/s/ Stephanie Shreter*
STEPHANIE SHRETER, ESQ., ATTORNEY FOR DEBTOR