UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey  08002**
**(856) 663-5002**

In Re:

Migdalia Santiago

                Debtor(s)

Case No. 19-25174 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $2,238 paid to date, then $50 per month for sixteen (16) remaining months commencing May 1, 2021, for a total plan length of thirty-six (36) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on February 28, 2020, remain in effect.

/s/ Stephanie Shreter                                           4/26/2021
Stephanie Shreter                                              Date
Debtor(s)' Attorney

/s/ Isabel C. Balboa                                              4/26/2021
Isabel C. Balboa                                                Date
Chapter 13 Standing Trustee