B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  NEW JERSEY_____

In re Migdalia Santiago_____  Case No. 19-25174-ABA____
aka Migdalia Colon_____
aka Migdalia Santiago-Colon_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7-1___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

Angel Oak Home Loans, LLC

Name of Transferee

U.S. Bank Trust National Association, as Trustee of Yurt Series IV Trust

Address of Alleged Transferor:

c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of NEW JERSEY ☐

In re  Migdalia Santiago ,  Case No. 19-25174-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Yurt Series IV Trust | Angel Oak Home Loans, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Court Claim # (if known): 7-1
Amount of Claim: $190,647.64
Date Claim Filed: 06/10/2020

Phone: 800-603-0836
Last Four Digits of Acct #: 5796

Phone: 800-258-8602
Last Four Digits of Acct. #: 3917

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Schwalb    Date: May 4, 2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Yurt Series IV Trust

In Re:

Migdalia Santiago
aka Migdalia Colon
aka Migdalia Santiago-Colon

Case No.: 19-25174-ABA
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Andrew B Altenburg Jr.

# CERTIFICATION OF SERVICE

1. I, __Katie Crotteau__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jonathan Schwalb, Esq.__, who represents __SN Servicing Corporation__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 4, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Transfer of Claim
    Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __May 4, 2021__

/s/ Katie Crotteau
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Migdalia Santiago<br>17 Amesbury Pl<br>Sicklerville, NJ 08081-3022 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephanie Shreter<br>The Law Office of Stephanie Shreter<br>105 High Street<br>Mt. Holly, NJ 08060 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2