Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-25174 (ABA)**

Migdalia Santiago  
17 Amesbury Place  
Sicklerville, NJ  08081-3022

Monthly Payment: $50.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2021 | $154.00 | 01/08/2021 | $154.00 | 02/25/2021 | $154.00 | 03/17/2021 | $154.00 |
| 04/09/2021 | $154.00 | 05/12/2021 | $50.00 | 06/16/2021 | $50.00 | 07/23/2021 | $50.00 |
| 08/19/2021 | $50.00 | 09/22/2021 | $50.00 | 10/13/2021 | $50.00 | 11/24/2021 | $50.00 |
| 12/22/2021 | $50.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MIGDALIA SANTIAGO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE SHRETER, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| 1 | SN SERVICING CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | FINGERHUT ADVANTAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LENDINGCLUB CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | SYNCHRONY BANK | 33 | $104.12 | $41.13 | $62.99 | $10.85 |
| 6 | RGS FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | SHANE BELCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $2,084.91 | $823.65 | $1,261.26 | $217.37 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Stephanie Shreter | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE BANK USA, N.A. | 33 | $241.50 | $95.40 | $146.10 | $25.18 |
| 14 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE BANK (USA), N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LVNV FUNDING, LLC | 33 | $939.93 | $371.32 | $568.61 | $97.99 |
| 18 | LENDING CLUB CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2019 | 19.00 | $0.00 |
| 04/01/2021 | 1.00 | $2,238.00 |
| 05/01/2021 | 16.00 | $50.00 |
| 09/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,170.00 |
| Total paid to creditors this period: | $1,351.39 |
| Undistributed Funds on Hand: | $91.60 |
| Arrearages: | $0.00 |
| Attorney: | STEPHANIE SHRETER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**