# *Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Roddy*
Jenai M. Cerquoni*
*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

September 1, 2022

Clerk of the Court
**UNITED STATES BANKRUPTCY COURT**
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
4th and Cooper, 4th Floor
Camden, NJ 08101

RE:   Chapter 13 Bankruptcy
      Debtor's Name: Migdalia Santiago
      Case No: 19-25174 (ABA)

Dear Judge Andrew B. Altenburg, Jr.

Please be advised that on August 11, 2022, Plan Complete Letter (docket #38) was filed with the court in reference to the above captioned case. Please note that this was filed in error. Therefore, please withdraw the Plan Complete Letter (docket #38) which was filed on August 11, 2022. Should you have any questions regarding this matter please feel free to contact this office.

As always, the courtesy of the court is appreciated.

Very truly yours,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Standing Trustee

ICB/ad
Enclosure

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978